

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-23-00317-CV

IN THE MATTER OF THE MARRIAGE OF
KELLY BETH GOUDSCHAAL AND ANGELICA MARIA DELGADO
AND IN THE INTEREST OF K.A.D.G. AND A.B.D.G., CHILDREN

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 094288-E-FM, Honorable Douglas R. Woodburn, Presiding

November 30, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Angelica Maria Delgado, appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship.* The clerk's record was due October 30, 2023, but was not filed because Delgado failed to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of November 1, 2023, we directed Delgado to pay for the clerk's record by November 13 or the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Delgado has neither made payment arrangements for the clerk's record nor filed a response explaining the omission.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam